DANIEL JOSEPH PARRISH 25121
Name

LCMHF 1318 KHWY 264

LARNED, KANSAS 67550
Address

FILED
APR 10 2009
Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DANIEL JOSEPH PARRISH Plaintiff
(Full Name)

v.

STEPHEN O. McKIERNAN Defendant(s)
AND
TONYA TAYLOR

CASE NO. 09-3074-SAC

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) DANIEL JOSEPH PARRISH, is a citizen of KANSAS
   (Plaintiff)                                    (State)
   who presently resides at LARNED CORRECTIONAL FACILITY,
                                          (Mailing address or place
   LARNED, KANSAS.
   of confinement)

2) Defendant STEPHEN O. McKIERNAN is a citizen of
              (Name of first defendant)
   LARNED, KANSAS _____, and is employed as
         (City, State)
   PROTESTANT CHAPLIN _____. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law?   Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   VIA STATE EMPLOYEE.

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983

3) Defendant _TONYA TAYLOR_ is a citizen of
(Name of second defendant)
_LARNED, KANSAS_, and is employed as
(city, state)
_Mental Health Counselor_. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose was this defendant acting under the color of state law? Yes [X]  No [ ]. If your answer is "Yes", briefly explain:
_Via State Employee_

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_First, Sixth, Eighth and Fourteenth Amendments; LV County KS #80C114. Haines v. Smith 430 US 817 (1971)._

## B. NATURE OF THE CASE

1) Briefly state the background of your case. _On March 25th 2009, Plaintiff received in mail a written aggravated criminal threat signed by Defendant Stephen D. McKiernan, Protestant Chaplin. The Defendant Chaplin's threat involved use of "Pyle" name and Pyle Ranch Lawsuits. Plaintiff's name is by court orders of long ago neither "Michael" or "Pyle", and plaintiff's business and Pyle Ranch's business are no concern of Defendant Stephen D. McKiernan! Apparantly McKiernan has been snooping via internet... Defendants written aggravated criminal threat was filed in evidence with Kansas Attorney General. KSA 22-3101,_

-2-

PARRISH v. McKIERNAN & TAYLOR, ET AL, CONT'D.   PAGE-2A

DEFENDANT STEPHEN D. McKIERNAN CHARGED PER KSA 21-3201, CRIMINAL INTENT; KSA 21-3419 AGGRAVATED CRIMINAL THREAT; KSA 21-3428, BLACKMAIL; KSA 21-3438, STALKING; KSA 21-3710, FORGERY; KSA 21-3830, DEALING IN FALSE IDENTIFICATION DOCUMENTS; KSA 21-3833, AGGRAVATED INTIMIDATION OF A WITNESS OR VICTIM; KSA 21-3914, UNLAWFUL USE OF NAMES DERIVED FROM PUBLIC RECORDS; KSA 21-3303, CRIMINAL SOLICITATION; KSA 21-4004 DEFAMATION OF CHARACTER/SLANDER; AND KAR 44-12-328, UNDUE FAMILIARITY.

THE DEFENDANT STEPHEN D. McKIERNAN HAS SWORN A FRIVOLOUS, MALICIOUS COMPLAINT AGAINST PLAINTIFF PARRISH WHICH SHOWS UNDER KDOC #09-0289 ... WITH KANSAS ATTORNEY GENERAL, KSA 22-3101 (INQUISITION BY ATTORNEY GENERAL).

THIS SAME DEFENDANT PROTESTANT CHAPLIN HAS FOR A COUPLE OF YEARS NOW BEEN MANIPULATING WHICH LCMHF INMATES CAN ATTEND CATHOLIC AND JAHOVA WITNESS SERVICES... CATHOLICS AND JAHOVA WITNESS SERVICES MAINTAIN AN OPEN-DOOR POLICY TO ALL INMATES! AS LONG AS THEY ARE RESPECTFUL AND DO NOT INTENTIONALLY DISRUPT SERVICE.

## MOTION FOR RESTRAINING ORDER

BECAUSE KDOC #09-0289 OF MARCH 25th 2009, WAS FRIVOLOUS, INTENDED only TO HARASS AND SLANDER

(PAGE-2A)

PARRISH & McKIERNAN v. TAYLOR, ET AL, CONT'D.   PAGE-2B

PLAINTIFF PARRISH, PLAINTIFF FILES A 200-FOOT PERMANANT PROTECTIVE RESTRAINING ORDER AGAINST DEFENDANT McKIERNAN; DEFENDANT McKIERNAN IS NOT PERMITTED AROUND PARRISH OR HIS FAMILY MEMBERS! FURTHER, DEFENDANT STEPHEN D. McKIERNAN is/sh LEAVE THE PYLES, PYLE RANCH AND THEIR BUSINESS, INCLUDING PAST LAW SUITS, ALONE!

DANIEL JOSEPH PARRISH 25121
PLAINTIFF

## Costs of Litigation

BECAUSE KDOC #09-289 by DEFENDANT STEPHEN D. McKIERNAN IS FRIVOLOUS, INTENDED ONLY TO HARASS PLAINTIFF, AND KDOC #09-0291 by DEFENDANT TONYA TAYLOR LIKEWISE, PLAINTIFF PARRISH MOVES TOTAL COSTS OF LITIGATION BE BILLED TO DEFENDANTS.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: EIGHTH AND FOURTEENTH AMENDMENT VIOLATIONS; FIRST AND FOURTEENTH AMENDMENT VIOLATIONS.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE WRITTEN AGGRAVATED CRIMINAL THREAT AND SUBSEQUENT SLANDER TO PLAINTIFF BY DEFENDANT STEPHEN D. MCKIERNAN ESTABLISH AN 8TH AMENDMENT VIOLATION; DEFENDANT MCKIERNAN'S MANIPULATING INMATES WHO MAY ATTEND CATHOLIC SERVICES AND JAHOVA WITNESS SERVICES ESTABLISHES A FIRST AND FOURTEENTH AMENDMENT CAUSE OF ACTION. SEE NATURE OF CASE PAGES 2 AND 2A.

B)(1) Count II: FIRST, SIXTH AND FOURTEENTH AMENDMENT VIOLATIONS BY SECOND DEFENDANT TONYA TAYLOR.

(2) Supporting Facts: IN RE: KDOC #09-0291 OF MARCH 30TH, 2009, FRIVOLOUS COMPLAINT AGAINST PLAINTIFF PARRISH BY DEFENDANT TONYA TAYLOR, FOR WRITING A SHORT LETTER TO KANSAS PAROLE BOARD FOR ROY RAY MCCLANAHAN 23442, ACE 64 AND WHO IS HOSPITALIZED URINATING BLOOD. BOUNDS v. SMITH, 430 US 817 (1977). MCCLANAHAN IN SERIOUS FAILING_HEALTH CONDITION!

-3-

C) (1) Count III: _First, Sixth, Eighth And Fourteenth Amendment violations... by Defendant Lansing Correctional Facility Accounting Office._

(2) Supporting Facts: _Plaintiff sues Lansing Correctional Facility Accounting Office... for refusing to process certified financial statement demanded by U.S. Court! Plaintiff sent for Account Ledger on MARCH 29th, 2009. As of April 9th, 2009,... Plaintiff still has not received Account Ledger for U.S. Courts,' (KDOC Account Balance is Negative $1097.17 Per USDC (KS) #09-3053._

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _Not Applicable._

   Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

-4-

e)  Approximate date of filing lawsuit_____

f)  Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☒Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

No COOPERATION FROM EITHER DEFENDANT.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: KDOC #09-0289 AND KDOC #09-0291 ARE FRIVOLOUS, MALICIOUS, INTENDED SOLELY TO HARASS AND SLANDER PLAINTIFF PARRISH. PLAINTIFF MOVES FOR COURT-ORDERED EXPUNGE-MENT OF THE TWO MALICIOUS COMPLAINTS FROM HIS KDOC CENTRAL FILE. A 200-FOOT PERMANANT PRO-TECTIVE RESTRAINING ORDER AGAINST DEFENDANT MCKIEARNAN, AND TOTAL COSTS OF LITIGATION BILLED TO THE TWO DEFENDANTS.

_____  
Signature of Attorney (if any)

DANIEL JOSEPH PARRISH  
Signature of Petitioner  
25121  
LARNED CORR. FACILITY  
1318 K HWY 264  
LARNED, KANSAS 67550

_____  
(Attorney's full address and telephone number)

-5-

| | | | | |
|---|---|---|---|---|
| Case No. **09-0291** | Date of Alleged Violation: 3/30/09 | | Time: 1100 | ☒ A.M. ☐ P.M. |
| Date This Report Written: 3/30/09 | | | Time: 1105 | ☒ A.M. ☐ P.M. |

| Name of Inmate: | **PYLE** | **Michael** | | No.: 25121 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: Segregation | | | | Cell No.: E 15 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-506 Change of Name as it Appears on Journal Entry of Sentence/Convictions CLASS II; 44-12-702 Legal Assistance by Inmates CLASS II

**FACTS:** Inmate Pyle #25121 send this writer a Form 9 identifying himself as Parrish and not by his name under conviction and how it is known and used in KDOC (Pyle). Inmate also reported in the Form 9 that he was filing legal actions on the behalf of another inmate and to the knowledge of this writer Inmate Pyle does not have permission from the warden to do so. (See Attached Form 9 for evidence).

LETTER FOR ROY RAY McCLANAHAN TO KANSAS PAROLE BOARD TO ARRANGE FOR ASSISTED-LIVING FOR #23442, WHOSE HEALTH IS SERIOUSLY FAILING AT AGE 69. BOUNDS v SMITH, 430 US 817 (1977). Roy battling CANCER AND URINATING BLOOD; PRESENTLY HOSPITALIZED. (Note by PARRISH)

(Attach Additional Sheet(s) if necessary)

Staff Witness: _____  Signature _____  C0000015566
None    Shift   Days Off        Employee ID #

Tonya Taylor                    Shift & Days Off:   Sat / Sun
Printed Name and Title of Employee Writing Report

Approved by: (Shift Supervisor, Unit Team Manager & Title)

EXHIBIT 1

I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.

Executed on   3/30/09                Signature _____

I received a copy of this report on   3-30-09 , 1330   Inmate Refused to sign (Copy given)
                                      Date      Time    (Inmate Signature & No.)

I served a copy of this report on   3-30-09 , 1330   CSI _____ A20
                                    Date     Time    (Signature of Officer & Title)

Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

(PAGE-5-A)

PARRISH v McKIERNAN & TAYLOR, ET AL                        PAGE - 5B

| Date | Addressee | Amount | |
|---|---|---|---|
| 3/30/2009 | Pyle, Michael 25121   E-UNIT 015<br>Kansas Parole Board RE: violation(KJ) #09-3039, Motion<br>Room 452 S  For Rehearing in 08y900 SW Jackson<br>Topeka KS, 66612                    MSCLANAHAN 237742 | $0.42 | ☐ |
| 3/30/2009 | Pyle, Michael 25121   E-UNIT 015<br>Attorney Linden G Appel<br>KDOC - Landon Office Building         900 SW Jackson<br>Topeka KS, 66612 | $0.59 | ☐ |

Legal Postage Receipt

EXHIBIT

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _LARNED CORR FACILITY_ on _APRIL 6TH_, 20_09_.
               (Location)                         (Date)

                                    _DANIEL JOSEPH PARRISH_
                                            (Signature)
                                    25121